In the Matter of the Claim of JERRY LYNCH, Respondent, against NATIONAL AUTOMOTIVE FIBRES, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of disability compensation made by the State Industrial Board under the Workmen's Compensation Law. Appellants claim that error was committed in the reception of a written statement of the attending physician then serving in the Army and not available as a witness, although he had been previously sworn. The evidence sustains the award without this statement and the error, if any, was harmless. Furthermore, the carrier asked that this physician's C-4 medical report be obtained and filed. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of the Claim of JOHN P. VALDEZ, Appellant, against HARTFORD ACCIDENT & INDEMNITY COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant has appealed from a decision of the State Industrial Board denying compensation for permanent total disability. Claimant was injured December 6, 1928, and received an award for twenty-five per cent loss of use of the right hand in addition to a period of protracted disability. There is a dispute in the medical testimony as to whether or not the accident activated pulmonary tuberculosis. The Board's decision on that question is final. However, in this case claimant asked permission to introduce further medical testimony and his request was denied. In the opinion of the court the Board should have received this testimony. The decision is, therefore, reversed on the law and facts, with costs against the State Industrial Board, and the matter remitted for the purpose of affording claimant an opportunity to produce Dr. Greenberg and Dr. Rappaport as witnesses. All parties may offer such additional evidence as may be advised. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur. [See *post*, p. 921.]